**Janet LIVINGSTON, Petitioner—Appellant,**

v.

**Deborah A. HICKEY, Warden, Respondent—Appellee.**

No. 06–7895.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 5, 2007.

Janet Livingston, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janet Livingston, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Livingston v. Hickey,* No. 1:05–cv–00015, 2006 WL 2992934 (S.D.W.Va. Oct. 18, 2006). We deny Livingston's motion for bail pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*